FILED IN CLERK'S OFFICE

FEB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN HOFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:11-cv-13-TCB |
| CHASE HOME FINANCE, LLC, as | ) | |
| servicer for Bank of America, N.A., as | ) | |
| successor by merger to LaSalle Bank, | ) | |
| N.A., as trustee for WaMu Mortgage | ) | |
| Pass-Through Certificates Series | ) | |
| 2007-OA1 Trust; DOES 1, and all | ) | |
| Persons unknown, claiming any legal | ) | |
| or equitable right, title, estate, lien, | ) | |
| or interest in the property described | ) | |
| in the complaint named as "DOES 1," | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendant Chase Home Finance,

LLC's ("Chase") motion to dismiss Plaintiff Steven Hoffer's pro se

complaint [2] and Chase's motion to stay certain pre-trial deadlines [3].

Hoffer has failed to file a response to the motion to dismiss. Accordingly, the Court GRANTS Chase's motion to dismiss [2] as unopposed pursuant to Local Rule 7.1B.

Additionally, the Court has reviewed the merits of Chase's motion and finds the motion to be well-taken. At bottom, Hoffer's complaint fails to state a claim upon which relief can be granted. Accordingly, the Court hereby dismisses his complaint with prejudice. Chase's motion to stay certain pre-trial deadlines [3] is DENIED AS MOOT and the CLERK is DIRECTED to close this case.

IT IS SO ORDERED this 2nd day of February, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge